UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ANGUIANO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>TODD LYONS, Acting Director, ICE, et al.,<br><br>Respondents. | No. 1:25-cv-01925-KES-SKO (HC)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR ORDER TO SHOW CAUSE IN PART [Doc. 2]**<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**<br><br>[THIRTY DAY DEADLINE] |

Petitioner has filed a petition for writ of habeas corpus challenging his detention by the United States Bureau of Immigration and Customs Enforcement ("ICE"). (Doc. 1.) He has also filed a motion for an order directing Respondent to show cause why the petition should not be granted. (Doc. 2.)

Petitioner states he was wrongly taken into custody and detained during a routine ICE check-in appointment. He contends he was detained despite there being no changed circumstances or revocation of bond.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2). Respondent SHALL INCLUDE all documentation relevant to the

determination of the issues raised in the petition, including but not limited to, a copy of Petitioner's Alien File, or any relevant portions thereof. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Petitioner's motion for order to show cause is GRANTED IN PART[1];
2. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.
3. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **December 19, 2025**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner requests the return to the order to show cause be filed within five (5) days. This limited amount of time is simply not feasible with the volume of immigration cases currently inundating the Court. The Court has advanced the time to respond to thirty (30) days in all such immigration cases, rather than the customary sixty (60) days provided in other habeas cases in this Court. The Court will do so here as well.