# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FERDANDO ANGUIANO GARCIA,
(A Number: 078-188-461)

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:25-cv-01925-EGC (HC)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

(Doc. 1)

Petitioner Ferando Anguiano Garcia is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 9, 2026, the Court converted the motion for temporary restraining order to a motion for preliminary injunction and granted said motion. (Doc. 14). Respondents were enjoined and restrained from re-detaining petitioner unless they demonstrated, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified. (*Id.* at 12–13).

On August 24, 2026, the undersigned issued an order directing the parties to advise the Court whether they wished to stand on their submissions to date, or whether the parties wished to provide additional briefing. (Doc. 17). On August 28, 2026, the parties filed a Joint Status Report indicating the parties did not wish to submit any supplemental briefing. (Doc. 18).

Petitioner alleges a Fifth Amendment due process violation and a violation of 8 U.S.C. § 1226(a). In the order granting the construed motion for preliminary injunction, the Court agreed

with Petitioner. (Doc. 14 at 8). For the same reasons stated in the order, and in other previous cases, *see Crispin M.C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025), the Court finds that the petition should be granted.

**CONCLUSION**

For the foregoing reasons, the Court hereby GRANTS the petition for writ of habeas corpus, (Doc. 1), and ORDERS that the preliminary injunction entered on January 9, 2026, (Doc. 14), be converted into a permanent injunction implementing the writ, which shall remain in effect.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE